# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| HANWHA Q CELLS AMERICA INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, and CHRIS MAGNUS, in his official capacity as Commissioner of United States Customs and Border Protection, <br><br> *Defendants*. | Court No. 22-00305 |

## ORDER

Upon consideration of Plaintiff Hanwha Q CELLS America Inc.'s Motion for Stay of Proceedings ("Motion") and all the papers and proceedings herein, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that that the above-captioned action is **STAYED**; and it is further

**ORDERED** that the parties shall submit a joint status report to the Court no later than 30 days after the final and conclusive resolution of *Solar Energy Industries Ass'n, et al. v. United States, et al.,* Fed. Cir. No. 2022-1392, including any appeals.

**SO ORDERED.**

Dated: November 29, 2022         /S/      Gary S. Katzmann
       New York, New York         The Hon. Gary S. Katzmann, Judge