# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| HANWHA Q CELLS AMERICA INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, UNITED STATES ) <br> CUSTOMS AND BORDER PROTECTION, ) <br> and CHRIS MAGNUS, in his official capacity ) <br> as Commissioner of United States Customs and ) <br> Border Protection, ) <br> ) <br> *Defendants*. ) <br> ) | Court No. 22-00305 |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants hereby submit this stipulation of dismissal. Pursuant to U.S. Court of International Trade ("USCIT") Rule 41(a)(1)(A), a plaintiff may voluntarily dismiss its action without a court order. Pursuant to USCIT Rule 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared." In an action commenced other than under 28 U.S.C. § 1581(a), 1581(b) or 1582, a Stipulation of Dismissal which, as prescribed by Rule 41(a)(1)(A)(ii), may be filed by plaintiff, must be substantially in the form set forth in Form 8A.

All parties to this action that have entered an appearance have consented to dismissal and have signed this stipulation of dismissal. Accordingly, Plaintiff has appended a copy of USCIT Form 8A detailing the relevant information. The parties agree that each party should bear its own costs upon the dismissal.

Respectfully submitted,

**/s/ John M Gurley**
John M. Gurley

AFSDOCS:303443539.1

Diana Dimitriuc Quaia
Jessica R. DiPietro

**ARENTFOX SCHIFF LLP**
1717 K Street, N.W.
Washington, DC 20006-5344
Telephone: (202) 857-6301

*Counsel for Hanwha Q CELLS America Inc.*

*United States*
*United States Customs and Border Protection*
*CBP Commissioner Christopher Magnus*

**/s/Tara Kathleen Hogan**
Tara Kathleen Hogan

**U.S. Department of Justice**
**Commercial Litigation Branch - Civil Division**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 616-2228
Fax: (202) 305-7643
Email: tara.hogan@usdoj.gov

Date: August 15, 2025

UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 8A

| | |
|---|---|
| HANWHA Q CELLS AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, et al., <br><br> Defendant. | Court No. 22-00305 |

### STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: August 15, 2025

John M. Gurley, ArentFox Schiff LLP
_____
Attorney for Plaintiff

1717 K Street, NW
_____
Street Address

Washington, DC 20006
_____
City, State and Zip Code

(202) 857-6301
_____
Telephone No.

Tara Kathleen Hogan, U.S. Department of Justice
_____
Attorney for Defendant

Commercial Litigation Branch - Civil Division
P.O. Box 480, Ben Franklin Station
_____
Street Address

Washington, DC 20044
_____
City, State and Zip Code

(202) 616-2228
_____
Telephone No.

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 22-00305 | HANWHA Q CELLS AMERICA INC. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                                          Clerk, U. S. Court of International Trade

                                          By: _____
                                                          Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)

Respectfully submitted,

**Plaintiff**
Hanwha Q CELLS America Inc.

**/s/ John M Gurley**
John M. Gurley
Diana Dimitriuc Quaia
Jessica R. DiPietro

**ARENTFOX SCHIFF LLP**
1717 K Street, N.W.
Washington, DC 20006-5344
Telephone: (202) 857-6301

**Defendant**
United States
United States Customs and Border Protection
CBP Commissioner Christopher Magnus

**/s/ Tara Kathleen Hogan**
Tara Kathleen Hogan

**U.S. Department of Justice**
**Commercial Litigation Branch - Civil Division**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 616-2228
Fax: (202) 305-7643
Email: tara.hogan@usdoj.gov